IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CRIMINAL DOCKET NO. 5:08CR54-RLV

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| vs. | ) | **AMENDED SCHEDULING ORDER** |
| GREGORY ROLAND PRUESS | ) | |

**THIS MATTER** is before the Court on the Judgment of the Fourth Circuit Court of Appeals, filed, March 14, 2011[1], remanding this case for re-sentencing.

**IT IS, THEREFORE, ORDERED THAT:**

1) This matter is hereby scheduled for re-sentencing on **Monday, June 13, 2011,** in the United States Courthouse, 200 West Broad Street, 2nd floor Courtroom, Statesville, North Carolina; and

2) A copy of this Order shall be sent to the Defendant, Defense Counsel, United States Attorney, United States Marshal Service, United States Probation Office.

Signed: April 13, 2011

Richard L. Voorhees
United States District Judge

---

[1] The Mandate in this case was issued on April 5, 2011.