UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 5:08-CR-54

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| vs. | ) | |
| | ) | ORDER FOR |
| GREGORY ROLAND PRUESS, | ) | SUPPLEMENTAL BRIEFS |
| | ) | |
| Defendant. | ) | |
| | ) | |

THIS MATTER is before the Court on Defendant's "Motion to Dismiss Indictment" (Doc. No. 17) and the Government's Response in Opposition (Doc. No. 21). On March 14, 2011, the Fourth Circuit issued an unpublished opinion vacating this Court's prior judgment and remanding for further proceedings. (Doc. No. 60).

This Court now requests supplemental briefing of no more than 3,000 words from both parties on the issues addressed in the Fourth Circuit opinion. The Government's supplemental brief is due **Thursday May 19, 2011**, and Defendant's supplemental brief is due **Thursday May 26, 2011**. The Court does not require a response once these supplemental briefings are submitted. IT IS SO ORDERED.

Signed: May 5, 2011

Richard L. Voorhees
United States District Judge