UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA , | ) | DOCKET NO.  5:08CR54-V |
| | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| | ) | |
| GREGORY ROLAND PRUESS | ) | |
| _____ | ) | ORDER |

THIS MATTER is before the Court on the Government's unopposed Motion to Withdraw and Re-File its Memorandum of Law Opposing Constitutional Challenge and to Continue the hearing date in this matter.  For the reasons stated in the Government's motion, the Government's Motion is hereby **GRANTED**.

**THEREFORE, IT IS HEREBY ORDERED** that: (1) the Government's previously-filed Memorandum of Law Opposing Constitutional Challenge is withdrawn and stricken from the record, (2) the Government shall re-file its memorandum on of before July 22, 2011, (3) the defendant shall file its response memorandum no later than August 5, 2011, and (4) the hearing in this matter shall be continued to **September 6th, 2011 at 2 p.m..**

Signed: July 14, 2011

_Richard L. Voorhees_

Richard L. Voorhees
United States District Judge